United States District Court
Northern District of California

1
2
3
4
5
6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8

9    JAVAUGHN K. ROBINSON,                    Case No. 22-cv-05102-DMR (PR)

               Plaintiff,

10

          v.                                  **ORDER OF TRANSFER**

11

12   CORRECTIONAL OFFICER SCOTTINI,

               Defendant.

13

14        Plaintiff, a state prisoner and transgender female-identified inmate currently incarcerated at

15   the California Medical Facility, has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983.

16        This case has been assigned to the undersigned Magistrate Judge.  Dkt. 5.  Plaintiff has

17   filed an incomplete *in forma pauperis* application.  Dkt. 2.

18        The acts complained of occurred at the California State Prison-Sacramento (where she was

19   previously incarcerated), which is located in the Eastern District of California, and it appears that

20   defendant resides in that district.  Venue, therefore, properly lies in that district and not in this one.

21   *See* 28 U.S.C. §1391(b).

22        Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is

23   TRANSFERRED to the United States District Court for the Eastern District of California.[1]  The

24   Clerk of the Court shall transfer the case forthwith.

25        If plaintiff wishes to further pursue this action, she must complete the *in forma pauperis*

26   application required by the United States District Court for the Eastern District of California and

27

28        [1] Venue transfer is a non-dispositive matter and, thus, it falls within the scope of the
     jurisdiction of the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A).

1    mail it to that district.

2            IT IS SO ORDERED.

3    Dated:  September 16, 2022

4                                                                    _____

                                                         DONNA M. RYU
5                                                        United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California